OPINION — AG — UNDER 75 O.S. 23 [75-23] MAKES IT THE DUTY OF THE ATTORNEY GENERAL TO GIVE AN OPINION ANALYZING AND CONSTRUING EACH THEREOF " WHICH AFFECTS THE AUTHORITY AND DUTIES OF OFFICERS OF THE SEVERAL COUNTIES, MUNICIPALITIES, AND/OR SCHOOL DISTRICTS OF THE STATE ". SUBJECT: TO INCREASE THE SALARY OF COURT REPORTERS OF DISTRICT COURTS. CITE: OPINION NO. JANUARY 20, 1954 — MORRIS, 20 O.S. 109 [20-109], 75 O.S. 23 [75-23] (LYNNIE CLAYTON)